AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───
PLEASE SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
PLEASE SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ SCOTT WAYNE SWEEDEN

DISTRICT COURT NUMBER

CR07-00660 CBA

FILED
OCT 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT ───
IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
     was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) ANDREW HUANG, AUSA

─── ADDITIONAL INFORMATION OR COMMENTS ───
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SCOTT WAYNE SWEEDEN SHEET

VIOLATIONS:

Count One: 18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography

Count Two: 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

PENALTIES:

Count One: 20 years imprisonment (5 year mandatory minimum), $250,000 fine, lifetime supervised release (5 years mandatory minimum), $100 special assessment

Count Two: 10 years imprisonment, lifetime supervised release (5 years mandatory minimum), $250,000 fine, $100 special assessment

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

SCOTT WAYNE SWEEDEN,

CR07-00660

DEFENDANT.

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 2252(a)(1) -
Transportation of Child Pornography; 18 U.S.C.
§ 2252(a)(B) - Possession of Child Pornography

---

A true bill.

_____
Foreman

Filed in open court this 18th day of
October 2007

_____
Clerk

Bail, $ No bail arrest warrant.
10-18-07

E-filing

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                           Oakland ~~SAN FRANCISCO~~ DIVISION
11
   UNITED STATES OF AMERICA,        )   No. CR07-00660
12                                   )
         Plaintiff,                  )   VIOLATIONS: 18 U.S.C. § 2252(a)(1) -
13                                   )   Transportation of Child Pornography; 18
      v.                             )   U.S.C. § 2252(a)(4)(B) - Possession of
14                                   )   Child Pornography
   SCOTT WAYNE SWEEDEN,              )
15                                   )
         Defendant.                  )
16                                   )
17  _____)
18                           INDICTMENT
19  The Grand Jury charges:
20  COUNT ONE: (18 U.S.C. § 2252(a)(1))
21       On or about January 11, 2006, in the Northern District of California, the defendant,
22                           SCOTT WAYNE SWEEDEN,
23  did knowingly transport and ship in interstate or foreign commerce by any means, including by
24  computer, one or more visual depictions, knowing that the production of such depictions
25  involved the use of a minor engaging in sexually explicit conduct and that such depictions were
26  of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(1).
27  //
28  //

INDICTMENT

1 | COUNT TWO: (18 U.S.C. § 2252(a)(4)(B))

2 | In or about May 2006, in the Northern District of California, the defendant,

3 | SCOTT WAYNE SWEEDEN,

4 | did knowingly possess matters which contained visual depictions that had been shipped and
5 | transported in interstate or foreign commerce, by any means including by computer, and which
6 | were produced using materials that had been transported and shipped in interstate and foreign
7 | commerce, knowing that the producing of such visual depictions involved the use of a minor
8 | engaging in sexually explicit conduct and that such visual depictions were of such conduct, all in
9 | violation of Title 18, United States Code, Section 2252(a)(4)(B).

10 | FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

11 | Upon conviction of the offenses alleged in Counts One and Two, the defendant,

12 | SCOTT WAYNE SWEEDEN,

13 | shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
14 | and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all
15 | property, real or personal, used or intended to be used to commit or promote the commission of
16 | the offenses of conviction, including but not limited to the following items that were seized from
17 | defendant on June 6, 2006:

18 |     a.     One Dell XPS computer, serial number 1GSDG61.
19 |     b.     One Toshiba laptop computer, serial number 63112660P.

20 |
21 | DATED:
22 | October 18, 2007            A TRUE BILL.
                                                    FOREPERSON
23 | SCOTT N. SCHOOLS
    United States Attorney
24 |
25 |
26 | W. Douglas Sprague
    Chief, Oakland Branch
27 |
28 | (Approved as to form: _____ )
                     AUSA HUANG

INDICTMENT