1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ANDREW S. HUANG (CSBN 193730)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: andrew.huang@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED
JAN 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                    OAKLAND DIVISION

13 UNITED STATES OF AMERICA       )  No. CR 07-0660 SBA
                                  )
14            Plaintiff,          )
                                  )  PETITION FOR AND WRIT OF HABEAS
15      v.                        )  CORPUS AD PROSEQUENDUM
                                  )
16 SCOTT WAYNE SWEEDEN,           )
                                  )
17            Defendant.          )
                                  )
18

19   TO:  The Honorable Wayne D. Brazil, United States Magistrate Judge of the United
          States District Court for the Northern District of California:
20

21      Assistant United States Attorney Andrew S. Huang respectfully requests that this Court

22 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, SCOTT WAYNE

23 SWEEDEN, whose place of custody and jailor are set forth in the requested Writ, attached

24 hereto. The prisoner is required as the defendant in the above-entitled matter in this Court, and

25 therefore

26 ///
27 ///
28 ///

1 | petitioner prays that this Court issue the Writ as presented.

2 | Dated: January 29, 2008                Respectfully submitted,

3 |                                         JOSEPH P. RUSSONIELLO
                                            United States Attorney
4 |                                         Northern District of California

5 |

6 |                                         _____/s/_____
                                            ANDREW S. HUANG
7 |                                         Assistant United States Attorney

8 |
9 |
10|
11|
12|
13|
14|
15|
16|
17|
18|
19|
20|
21|
22|
23|
24|
25|
26|
27|
28|