UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0660 SBA |
| Plaintiff, | [PROPOSED] ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| SCOTT WAYNE SWEEDEN, | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, SCOTT WAYNE SWEEDEN, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on February 19, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: Jan 29, 2008

Hon. ELIZABETH D. LAPORTE
United States Magistrate Judge

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 07-0660 SBA

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO L. ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden, Avenal State Prison, or any California Department of Corrections and Rehabilitation facility:

## GREETINGS

WE COMMAND that on Wednesday, February 19, 2008, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of SCOTT WAYNE SWEEDEN (CDC # CDC-F-57422), in your custody in the above-mentioned institution, or any other California Department of Corrections and Rehabilitation facility, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612, 3rd floor, in order that SCOTT WAYNE SWEEDEN may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Wayne D. Brazil, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: January ___, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. 07-0660 SBA