DOCUMENTS UNDER SEAL ☐    TOTAL TIME (mins): 10 Mins

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 2/22/08 10:27:03-10:37:35 | |
|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 2/22/08 | NEW CASE ☐ | CASE NUMBER CR-07-00660-SBA |

### APPEARANCES

| DEFENDANT SCOTT WAYNE SWEEDEN | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT John Paul Reichmuth | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY Andrew Huang | INTERPRETER None | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Brad Wilson | DEF ELIGIBLE FOR ☒ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 5 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL 1 Min HELD | ☒ ARRAIGNMENT 4 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ TIMING OF DETENTION HRG WAIVED BY THE DEFT. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**FILED**
FEB 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 2/22/08 | ☒ ADVISED OF CHARGES 2/22/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT 2 COUNTS WITH FORFEITURE ALLEGATION | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED ☐ RELEASED | ☒ TIMING OF DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT. | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 3/10/08 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☒ OTHER SET DATE BEF. JUDGE ARMSTRONG |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 3/10/08 FOR CONTINUITY/EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

AFPD J.P. Reichmuth told Court that there's a great chance that the deft. will retain his own atty. In light of the deft. currently serving his State sentence, the deft. waived the timing of his Detention Hrg. at this time. The deft. was ordered detained. The deft. reserves his rights to have his Detention Hrg. - if & when he believes it's on his best interest to put his Deten Hrg. back on cal. later. Request for discovery was made by the deft's atty. to the govt's atty. in open court. Discovery will be provided by the govt's atty. to the deft's atty. sometime next week.
DOCUMENT NUMBER:
cc: WDB's Stats, Lisa Clark, Pretrial