1

2 IN THE UNITED STATES DISTRICT COURT

3 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5 USA,                                          No. CR 07-00660 SBA

6          Plaintiff,                           **CLERK'S NOTICE**

7    v.

8 SWEEDEN,

9          Defendant.
   _____/

10

11 **Counsel for the Government is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

12

13        YOU ARE HEREBY NOTIFIED THAT the status hearing set for March 25, 2008 , has been continued to Tuesday, April 1, 2008, at 9:00 a.m.,  in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

14

15

16

17

18 Dated: 3/11/08                              FOR THE COURT,

19                                             Richard W. Wieking, Clerk

20

21                                             By: *Lisa R. Clark*
                                                   LISA R. CLARK
22                                                 Courtroom Deputy

23

24

25 To:

26

27

28

**United States District Court**
For the Northern District of California