**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/1/08

CR 07-00660SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

SWEEDEN                           Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

<u>ANDREW HUANG</u>                 <u>JOHN PAUL REICHMUTH</u>
U.S. ATTORNEY                     ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark       <u>DIANE SKILLMAN</u>
                                  Court Reporter

Interpreter                       Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:  COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY OF DEFENSE COUNSEL AND ADEQUATE PREPARATION OF COUNSEL UNTIL 4/22/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>4/22/08</u> for **Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for_____ Motions
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**____
**Case Continued to**_____for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due_____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
**Case Continued to**_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____for Change of Plea @ 11:00 a.m.
cc: