1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, California 94607-3627
4  Telephone (510) 637-3500

5  Counsel for Defendant SCOTT WAYNE SWEEDEN

6

7                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )   Nos. CR 07-00660 SBA
                                    )
11              Plaintiff,          )   NOTICE OF ATTORNEY APPEARANCE
                                    )
12 vs.                              )
                                    )
13 SCOTT WAYNE SWEEDEN,             )
                                    )
14              Defendant.          )
                                    )
15 _____)

16

17     The Federal Public Defender was previously appointed as counsel for defendant in the

18 above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant

19 Federal Public Defender Colleen Martin, enters her general appearance for defendant in this case.

20 Counsel's contact information is listed above.

21 Dated: April 9, 2008

22                                      Respectfully submitted,

23                                      BARRY J. PORTMAN
                                        Federal Public Defender
24
                                        /S/
25
                                        COLLEEN MARTIN
26                                      Assistant Federal Public Defender

   Notice of Attorney Appearance
   Nos. CR 07-00660 SBA