1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Facsimile: (510) 637-3724
        E-Mail: andrew.huang@usdoj.gov
8

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )  No. CR 07-00660 SBA
                                       )
14           Plaintiff,                )
                                       )  STIPULATION RE INTRADISTRICT
15      v.                             )  TRANSFER PURSUANT TO CRIMINAL
                                       )  LOCAL RULE 18-2, AND [PROPOSED]
16 SCOTT WAYNE SWEEDEN,                )  ORDER
                                       )
17           Defendant.                )
                                       )
18

19      The United States, by and through its counsel, Joseph P. Russoniello, United States

20 Attorney for the Northern District of California, and Andrew S. Huang, Assistant United States

21 Attorney, and defendant, by and through his counsel, Collleen Martin, Assistant Federal Public

22 Defender, hereby agree as follows:

23      The charges in the captioned Indictment pertain to conduct alleged to have occurred in the

24 County of San Francisco. Under Criminal Local Rule 18-1(a), this case should have been

25 properly assigned to a Judge assigned to the San Francisco Courthouse. The parties jointly

26 request that the Court order the Clerk of the Court to transfer this case to the San Francisco

27 Courthouse under Criminal Local Rule 18-2.

28 //

        This case is presently set for a status hearing before Judge Saundra Brown Armstrong at

9:00 a.m. on April 22, 2008. The parties respectfully request that this hearing date be vacated. Once the assigned judge is known, the parties will promptly request a new hearing date.

**SO STIPULATED.**

JOSEPH P. RUSSONIELLO
United States Attorney

Date:  April 17, 2008                                          /s/
ANDREW S. HUANG
Assistant United States Attorney

**SO STIPULATED.**

Date:  April 17, 2008                                          /s/
COLLEEN MARTIN
Counsel for Defendant Scott Wayne Sweeden

### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court FINDS that this case should have been properly assigned to a Judge in the San Francisco Courthouse under Criminal Local Rule 18-1(a). The Court hereby ORDERS, pursuant to Criminal Local Rule 18-2, that the Clerk of the Court transfer this case to a Judge in the San Francisco Courthouse.

The Court further ORDERS that the status hearing set for 9:00 a.m. on April 22, 2008 is hereby VACATED.

_____Date_____          Hon. SAUNDRA BROWN ARMSTRONG
United States District Court Judge