| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | ANDREW S. HUANG (CABN 193730)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3680 |
| 7 | Facsimile: (510) 637-3724<br>E-Mail: andrew.huang@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00660 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION RE INTRADISTRICT |
| v. | ) | TRANSFER PURSUANT TO CRIMINAL |
| | ) | LOCAL RULE 18-2, AND [XXXXXXX] |
| SCOTT WAYNE SWEEDEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States, by and through its counsel, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Andrew S. Huang, Assistant United States Attorney, and defendant, by and through his counsel, Collleen Martin, Assistant Federal Public Defender, hereby agree as follows:

The charges in the captioned Indictment pertain to conduct alleged to have occurred in the County of San Francisco. Under Criminal Local Rule 18-1(a), this case should have been properly assigned to a Judge assigned to the San Francisco Courthouse. The parties jointly request that the Court order the Clerk of the Court to transfer this case to the San Francisco Courthouse under Criminal Local Rule 18-2.

//

This case is presently set for a status hearing before Judge Saundra Brown Armstrong at

9:00 a.m. on April 22, 2008.  The parties respectfully request that this hearing date be vacated. Once the assigned judge is known, the parties will promptly request a new hearing date.

**SO STIPULATED.**

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

Date:  April 17, 2008                    /s/
                                    ANDREW S. HUANG
                                    Assistant United States Attorney

**SO STIPULATED.**

Date:  April 17, 2008                    /s/
                                    COLLEEN MARTIN
                                    Counsel for Defendant Scott Wayne Sweeden

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court FINDS that this case should have been properly assigned to a Judge in the San Francisco Courthouse under Criminal Local Rule 18-1(a).  The Court hereby ORDERS, pursuant to Criminal Local Rule 18-2, that the Clerk of the Court transfer this case to a Judge in the San Francisco Courthouse.

The Court further ORDERS that the status hearing set for 9:00 a.m. on April 22, 2008 is hereby VACATED.

4/21/08
    Date                                   Hon. SAUNDRA BROWN ARMSTRONG
                                      United States District Court Judge