**UNITED STATES DISTRICT COURT**

**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
————————

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                          510.637.3530

**April 22, 2008**

**CASE NUMBER:  CR 07-00660 SBA**
**CASE TITLE:  USA-v-SCOTT WAYNE SWEEDEN**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 4/22/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies             Special Projects
Log Book Noted                                    Entered in Computer 4/22/08

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                           Transferor CSA