UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

        Plaintiff(s),                        No. C 07-00660 JSW

   v.                                    **CLERK'S NOTICE**

SWEEDEN

        Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on May 8, 2008, at 2:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Trial /Motion setting in this matter.   If the parties believe that this  time should be excluded they shall submit a stipulation and proposed order setting forth the basis of the exclusion.

Richard W. Wieking
Clerk, United States District Court

By:_____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated:  April 22, 2008