# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: May 8, 2008

Case No. CR-07-660 JSW             Judge: Jeffrey S. White

United States of America   v. Scott Wayne Sweeden
                           Defendant
                           Present ( X ) Not Present ( ) In-Custody ( X )

    Andrew Huang                        Ronald Tyler
    U.S. Attorney                       Defense Counsel

Deputy Clerk: Jennifer Ottolini         Court Reporter: Connie Kuhl

### PROCEEDINGS

**REASON FOR HEARING:** Trial / Motion Setting

**RESULT OF HEARING:** Additional discovery rec'd by the government shall be turned over to the defense as soon as possible.

Case Continued to 6-12-08 at 2:30 p.m. for Further Status / Trial Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**