BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SWEEDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0660 JSW |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DEFENDANT'S** |
| v. | ) | **SUBSTITUTION OF COUNSEL** |
| | ) | |
| SCOTT WAYNE SWEEDEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE that counsel for defendant, Scott Wayne Sweeden is hereby substituted in the aforementioned matter as indicated above.  Please substitute counsel Ronald C. Tyler, Office of the Federal Public Defender to this case and direct all future filings and orders to Mr. Tyler's attention at 450 Golden Gate Avenue, San Francisco, California 94102. Send future ECF notices to him as well.  Please remove Colleen Martin from ECF notification.

Dated: May 9, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/
RONALD C. TYLER
Assistant Federal Public Defender