1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: andrew.huang@usdoj.gov
8
9  Attorneys for Plaintiff

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,        )   No. CR 07-00660 JSW
                                     )
16        Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
17     v.                            )
                                     )
18  SCOTT WAYNE SWEEDEN,             )
                                     )
19                                   )
                                     )
20        Defendant.                 )
                                     )
21

22        On May 8, 2008, the parties in this case appeared before the Court for a status hearing,

23  which was the parties' first appearance on this case before the Honorable Jeffrey S. White and

24  the first appearance by Ronald Tyler as counsel for the defendant. During this hearing, the

25  parties agreed that the government still needed to provide certain discovery to the defense and

26  that Mr. Tyler, who recently assumed responsibility for the case, needed additional time to

27  prepare and review the evidence in order to effectively advise and represent the defendant. The

28  parties agreed and the Court set a Trial Setting Hearing for June 12, 2008. The parties stipulated

Stipulation and [Proposed] Order Excluding Time
No. CR 07-00660 JSW                                                                        1

1  during the May 8 hearing, and reiterate that stipulation herein, that time through the date of the
2  June 12, 2008 hearing should be excluded from Speedy Trial Act calculations because, as set
3  forth herein, the government is in the process of preparing and providing discovery and the
4  defense requires time to review all of the evidence in this case in order to adequately prepare a
5  defense.  Accordingly, the length of the requested continuance, from the time of this stipulation,
6  May 9, 2008, through the date of the June 12, 2008 hearing, is the reasonable amount of time
7  necessary for effective preparation of counsel, taking into account the exercise of due diligence.
8  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by this
9  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
10 U.S.C. § 3161(h)(8)(A).

12 **SO STIPULATED.**

13                                           JOSEPH P. RUSSONIELLO
                                             United States Attorney

15    5/9/2008                               /s/
      Date                                   ANDREW S. HUANG
16                                           Assistant United States Attorney

17 **SO STIPULATED.**

19    5/9/2008                               /s/
      Date                                   RONALD TYLER
20                                           Counsel for Defendant Scott Wayne Sweeden

Stipulation and [Proposed] Order Excluding Time
No. CR 07-00660 JSW                                                                              2

**[PROPOSED] ORDER**

For the reasons stated during the May 8, 2008 hearing, and for the reasons identified and stipulated above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court also finds that time from the date of this Order, May 9, 2008, through June 12, 2008 shall be excluded from Speedy Trial Act calculations for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(A). Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED: May 12, 2008

Hon. JEFFREY S. WHITE
United States District Court Judge