JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00660 JSW |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|    v. | |
| SCOTT WAYNE SWEEDEN, | |
|    Defendant. | |

On June 12, 2008, the parties in this case appeared for a status hearing before the Honorable Jeffrey S. White. During this hearing, the parties informed the Court that resolution of the case seemed likely, but that the defense will require additional time to prepare and review the evidence in order to effectively advise and represent the defendant. The parties agreed and the Court set a Change of Plea Hearing for June 19, 2008. The parties stipulated during the June 12, 2008 hearing, and reiterate in the stipulation herein, that time through the date of the June 19, 2008 hearing should be excluded from Speedy Trial Act calculations because defense

1  requires additional time to effectively prepare the defense.  Accordingly, the length of the
2  requested continuance, from the time of this stipulation, June 13, 2008, through the date of the
3  June 19, 2008 hearing, is the reasonable amount of time necessary for effective preparation of
4  counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The
5  parties also agree that the ends of justice served by this continuance outweigh the best interests of
6  the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**SO STIPULATED.**

JOSEPH P. RUSSONIELLO
United States Attorney

   6/13/2008                                                    /s/
Date                                                  ANDREW S. HUANG
Assistant United States Attorney

**SO STIPULATED.**

   6/13/2008                                                      /s/
Date                                                  RONALD TYLER
Counsel for Defendant Scott Wayne Sweeden

### [PROPOSED] ORDER

For the reasons stated during the June 12, 2008 hearing, and for the reasons identified and stipulated above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court also finds that time from the date of this Order, through June 19, 2008 shall be excluded from Speedy Trial Act calculations for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(A). Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED June 16, 2008

_____
Hon. JEFFREY S. WHITE
United States District Court Judge