UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date:   June 19, 2008

Case No.  CR-07-660  JSW               Judge:  Jeffrey S. White

United States of America   v. Scott Wayne Sweeden
                           Defendant
                           Present ( X )  Not Present ( )  In-Custody ( X )

Andrew Huang                            Ronald Tyler
U.S. Attorney                           Defense Counsel

Deputy Clerk: Jennifer Ottolini         Court Reporter: Juanita Gonzales


## PROCEEDINGS

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**   The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count One of the Indictment in violation of 18 USC § 2252(a)(1), Transportation of Child Pornography.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains in U. S. Marshal custody.


Case Continued to 9-18-08 at 2:30 p.m. for Judgment and Sentencing