BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SWEEDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SCOTT WAYNE SWEEDEN,<br><br>        Defendant. | No. CR 07-0660 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Thursday, September 18, 2008, at 2:30 p.m. be continued to November 6, 2008, at 2:30 p.m. The reason for the continuance is that defense counsel needs more time for preparation in this very serious case. Mitigation work includes time-consuming efforts on related state court matter.

//

//

//

//

STIPULATION TO CONTINUE
HEARING; *U.S. v. Scott Wayne Sweeden*
CR 07-0660 JSW                            1

All parties and the probation officer are available on the requested date.

IT IS SO STIPULATED.

Dated: August 11, 2008 _____/s/_____
RONALD C. TYLER
Assistant Federal Public Defender

Dated: August 11, 2008 _____/s/_____
ANDREW HUANG
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for Thursday, September 18, 2008 at 2:30 p.m. shall be continued to November 6, 2008 at 2:30 p.m.

**IT IS SO ORDERED**.

Dated:_____  _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE