BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SWEEDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0660 JSW |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |
| v. | ) ) | |
| SCOTT WAYNE SWEEDEN, | ) ) | |
| Defendant. | ) ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Thursday, September 18, 2008, at 2:30 p.m. be continued to November 6, 2008, at 2:30 p.m. The reason for the continuance is that defense counsel needs more time for preparation in this very serious case. Mitigation work includes time-consuming efforts on related state court matter.

//

//

//

//

STIPULATION TO CONTINUE
HEARING; *U.S. v. Scott Wayne Sweeden*
CR 07-0660 JSW                                           1

All parties and the probation officer are available on the requested date.

IT IS SO STIPULATED.

Dated:   August 11, 2008                                 _____/s/_____
                                                         RONALD C. TYLER
                                                         Assistant Federal Public Defender

Dated:   August 11, 2008                                 _____/s/_____
                                                         ANDREW HUANG
                                                         Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for Thursday, September 18, 2008 at 2:30 p.m. shall be continued to November 6, 2008 at 2:30 p.m.

**IT IS SO ORDERED**.

Dated: August 12, 2008                                   _____
                                                         THE HONORABLE JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT COURT JUDGE