IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 07-0660 JSW |
| ) | |
| vs. ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| SCOTT WAYNE SWEEDEN, ) | HEARING |
| ) | |
| Defendant. ) | |

**STIPULATION**

The parties recently received the draft PSR in this matter and are now working to resolve objections. The Probation Officer assigned to the case is out of the office until October 20 and thus the necessary conferences cannot occur prior to that time. The defense has also identified additional, necessary work in preparation for sentencing. Accordingly, the parties agree to continue the sentencing hearing in the above-captioned matter from November 6, 2008 until December 11, 2008 at 2:30 p.m. Defense counsel avers that the Probation Office is not opposed to the requested continuance.

It is so stipulated.

DATED: October 9, 2008           /s/
                                 RONALD TYLER
                                 Assistant Federal Public Defender
                                 Counsel for Scott Wayne Sweeden

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Scott Wayne Sweeden*
CR 07-0660 JSW                   - 1 -

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 9, 2008 | _____/s/_____ |
| 3 | | ANDREW HUANG<br>Assistant United States Attorney |

**[PROPOSED] ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued until December 11, 2008 at 2:30 p.m.

IT IS SO ORDERED.

DATED: October 10, 2008

_____/s/ Jeffrey S White_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Scott Wayne Sweeden*
CR 07-0660 JSW                - 2 -