IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|           Plaintiff, ) | No. CR 07-0660 JSW |
|            ) | |
| vs. ) | STIPULATION AND ORDER |
|            ) | CONTINUING SENTENCING |
| SCOTT WAYNE SWEEDEN, ) | HEARING |
|           Defendant. ) | |

**STIPULATION**

The parties and the Probation Officer participated in a meet and confer session on December 5, 2008. As a result of the session, all participants agreed that additional investigation and discovery review is necessary in order to resolve outstanding objections. The nature of the review (of contraband) will require special, time-consuming procedures within the Probation Office. After the review, an additional meet and confer session may be necessary. In any event, the objections cannot be resolved, the final PSR issued and sentencing memoranda filed in time for the currently set sentencing hearing date. Furthermore, defense counsel will be unavailable from December 22 until January 12 due to otherwise forfeited annual leave.

Consequently, the parties and the Probation Officer have agreed to jointly request that the sentencing hearing in this matter be continued approximately one month, from January 22, 2009 until February 26, 2009, or as soon thereafter as the matter may be heard. The undersigned defense

counsel avers that Probation Officer Joshua Sparks is in full agreement with this request. It is so stipulated.

DATED: 12/17/08          /s/_____
                         RONALD TYLER
                         Assistant Federal Public Defender
                         Counsel for Scott Wayne Sweeden

DATED: 12/17/08          /s/_____
                         ANDREW HUANG
                         Assistant United States Attorney

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued until February 26, 2009 at 2:30 p.m.

IT IS SO ORDERED.

DATED:
December 17, 2008        _____
                         THE HONORABLE JEFFREY S. WHITE
                         UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Scott Wayne Sweeden*
CR 07-0660 JSW                         - 2 -